IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 09-00187-04-CR-W-NKL |
| JOEL GUEVARA, a/k/a "BEBE", | ) |
| Defendant. | ) |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W. Hays, to which no objection has been filed, the plea of guilty to Count 1 of the Indictment is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

   s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: June 22, 2010